# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158333(39)
158335(33)

TOMRA OF NORTH AMERICA, INC.,
        Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellant.

SC: 158333
COA: 336871
Ct of Claims: 16-000118-MT

_____/

TOMRA OF NORTH AMERICA, INC.,
        Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellant.

SC: 158335
COA: 337663
Ct of Claims: 14-000091-MT

_____/

On order of the Chief Justice, the second motion of defendant-appellant to extend the time for filing its brief is GRANTED. The brief will be accepted as timely filed if submitted on or before June 12, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2019

Clerk